Merrimack, ⎰
May 5, 1914. ⎱

### CHARLES S. WENTWORTH & Co. *v.* EDGAR M. REED.

WRIT OF ENTRY, to foreclose a mortgage. The defendant pleaded *nul disseizin* with a brief statement of defence and filed a further answer in the nature of a bill in equity, joining Wentworth & Co. and Charles S. Wentworth, a non-resident, as defendants, and alleging in substance that the latter is the real owner of the mortgage and that as to him he has a valid defence to the action at law. An order for personal notice issued and was served on Wentworth outside the state, whereupon he appeared specially and moved that

as to him the bill be dismissed. The motion was allowed, and the defendant excepted. Transferred from the April term, 1913, of the superior court by *Plummer*, J.

*Alvin F. Wentworth* and *Niles & Upton (Mr. Upton* orally), for the plaintiffs.

*Martin & Howe (Mr. Howe* orally), for the defendant.

YOUNG, J. Although the court has not acquired jurisdiction of Wentworth so that any decree it may make will bind him personally, it has acquired jurisdiction of him in so far as the *locus* is concerned; in other words, the decree in this action will be *in personam* in so far as it relates to the defendant and Wentworth & Co., but *in rem* in so far as Wentworth is concerned, unless he appears generally. In that case it will be *in personam* as to all the parties.

*Exception sustained.*

PLUMMER, J., did not sit: the others concurred.